**Edward J. Bowes, Jr., appellee, v. William R. Johnston and Helen M. Johnston, appellants. Gen. No. 31,912.**

Action to recover real estate broker's commissions. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed January 18, 1928. Rehearing denied January 30, 1928.

Edward L. England and Webster & Holmgren, for appellants; Daniel Webster, of counsel. Hutson & Traeger, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Marie Alice Johnson, by Clarence E. Johnson, appellant, v. Emil Hanson, appellee. Gen. No. 31,924.**

Action to recover for personal injuries to child of tender years in elevator hoist. Judgment of *nil capiat*. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed January 18, 1928.

Kirkland, Patterson & Fleming, for appellant; Howard Ellis and William H. Symmes, of counsel. Joseph H. Hinshaw, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Margaret Romanski, insane, by John Romanski, defendant in error, v. Julius (John) Szlicki, plaintiff in error. Gen. No. 31,954.**

Action for assault and battery by means of automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 18, 1928.

Green, Brown & Rice, for plaintiff in error; Charles E. Green, of counsel. Trainor & Trainor, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Kennis Brannock, appellee, v. Frederick H. Herdrich, appellant. Gen. No. 31,968.**

Action to recover real estate broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 18, 1928.

Frank T. Jordan, for appellant; Fitzgerald & Boehning, of counsel. Robert J. Nordhold and Raymond F. Kelly, for appellee.

Mr. Justice Holdom delivered the opinion of the court.